Joel D. Hunter, administrator of the estate of James L. Canty, deceased, appellee, v. Thomas Lowery, appellant. Gen. No. 36,058.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed December 30, 1932.

William H. Sexton, Corporation Counsel, and Stephen A. Malato, Assistant Corporation Counsel, for appellant; Carl J. Appell, Assistant Corporation Counsel, of counsel. Fred A. Gariepy and Stuart Krohn, for appellee.

Mr. Presiding Justice Kerner delivered the opinion of the court.

Chicago Neon Tube Corporation, appellee, v. Dunbar Funeral Parlors, Inc., appellant. Gen. No. 36,067.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed December 30, 1932.

Louis C. Tyree, for appellant. David J. Zimring, for appellee.

Mr. Presiding Justice Kerner delivered the opinion of the court.

Faith Manufacturing Company, appellant, v. Thomas J. Bender, appellee. Gen. No. 36,086.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed December 30, 1932.

John W. Tauchen, for appellant; Fred W. Story, of counsel. Winston, Strawn & Shaw, for appellee; Charles J. Calderini and George W. Ott, of counsel.

Mr. Presiding Justice Kerner delivered the opinion of the court.

Ralph H. Poorman, appellee, v. F. Landon Cartage Company, appellant. Gen. No. 36,095.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed December 30, 1932.

Howard A. Brundage, for appellant. Harold J. Ross, for appellee; Donald N. Berchem, of counsel.

Mr. Presiding Justice Kerner delivered the opinion of the court.